```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
WELLS FARGO TRUST COMPANY, N.A.,                              :
                                        Plaintiff,            :   18 Civ. 11151 (LGS)
                                                              :
              -against-                                       :   ORDER
                                                              :
SYNERGY GROUP, CORP.,                                         :
                                        Defendant.            :
                                                              :
------------------------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, by Opinion and Order dated June 9, 2020, Defendant's motion for summary judgment was granted in favor of Plaintiff, awarding Plaintiff damages in the amounts of $13,516,403.12 and €49,130.35 (Dkt. No. 90). The Opinion and Order directed the parties to confer on the amount of prejudgment interest and attorneys' fees and costs to which Plaintiff is entitled, deferring ruling on the motion to withdraw filed by defense counsel (Dkt. Nos. 86 & 87) on May 22, 2020. Plaintiff filed a motion for attorneys' fees and prejudgment interest (Dkt. No. 91);

WHEREAS, Defendant has filed an appeal of the judgment to the U.S. Court of Appeals for the Second Circuit on July 9, 2020. It is hereby

**ORDERED** that by **July 15, 2020**, Defendant shall file a letter informing the Court how it would like to proceed as to the pending motions, including (i) whether it intends to respond to Plaintiff's motion for attorneys' fees and prejudgment interest pending the appeal and (ii) whether defense counsel, by filing the notice of appeal, has withdrawn its motion to withdraw as counsel.

Dated: July 9, 2020
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE