UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                                :
WELLS FARGO TRUST COMPANY, N.A.,                                :
                                            Plaintiff,          :              18 Civ. 11151 (LGS)
                                                                :
                  -against-                                     :                   ORDER
                                                                :
SYNERGY GROUP, CORP.,                                           :
                                            Defendant.          :
                                                                :
-------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, by Opinion and Order dated June 9, 2020, Plaintiff's motion for summary

judgment was granted and Defendant's motion for summary judgment was denied (Dkt. No. 90).  The

Opinion and Order directed the parties to confer on the amount of prejudgment interest and attorneys'

fees and costs to which Plaintiff is entitled, deferring ruling on the motion to withdraw filed by defense

counsel on May 22, 2020, (Dkt. Nos. 86, 87).  On June 29, 2020, Plaintiff filed a motion for attorneys'

fees and prejudgment interest (Dkt. No. 91);

        WHEREAS, on July 8, 2020, Defendant filed an appeal of the judgment to the U.S. Court of

Appeals for the Second Circuit.  It is hereby

        **ORDERED** that the motion to withdraw and the motion for attorneys' fees and prejudgment

interest are DENIED, without prejudice to renewal, after resolution of the Second Circuit appeal.  The

Clerk of Court is respectfully directed to close Dkt. Nos. 86, 87, 91.

Dated: July 21, 2020
          New York, New York
                                            _____
                                                 **LORNA G. SCHOFIELD**
                                            **UNITED STATES DISTRICT JUDGE**