# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

WELLS FARGO TRUST COMPANY, N.A.,
 *solely in its capacity as Owner Trustee,*

                      Plaintiff,                              18 **CIVIL** 11151 (LGS)

           -against-                                 **JUDGMENT**

SYNERGY GROUP CORP.,

                      Defendant.

------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 9, 2020 and Order dated July 21, 2020, Plaintiff's Motion for Summary Judgment is GRANTED, and damages are awarded to Plaintiff in the amounts of $13,516,403.12 and €49,130.35, plus attorneys' fees and prejudgment interest; Defendant's Motion for Summary Judgment is DENIED; the motion to withdraw and the motion for attorneys' fees and prejudgment interest are denied, without prejudice to renewal, after resolution of the Second Circuit appeal.

**Dated:**  New York, New York
          July 24, 2020

                                                      **RUBY J. KRAJICK**
                                                      _____
                                                          **Clerk of Court**
                                     **BY:**
                                                          **Deputy Clerk**