UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
WELLS FARGO TRUST COMPANY, N.A.,                            :
                                    Plaintiff,              :
                                                            :   18 Civ. 11151 (LGS)
                -against-                                   :
                                                            :   ORDER
SYNERGY GROUP, CORP.,                                       :
                                    Defendant.              :
                                                            :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, by Opinion and Order dated June 9, 2020, Plaintiff's motion for summary judgment was granted and Defendant's motion for summary judgment was denied (Dkt. No. 90);

    WHEREAS, on July 8, 2020, Defendant filed an appeal of the judgment to the U.S. Court of Appeals for the Second Circuit;

    WHEREAS, by Order dated July 21, 2020, Plaintiff's motion for attorneys' fees and prejudgment interest was denied without prejudice to renewal after resolution of the Second Circuit appeal (Dkt. No. 100). It is hereby

    **ORDERED** that this case is closed. The Clerk of Court is respectfully directed to close this case.

Dated: March 29, 2021
       New York, New York

                                                      **LORNA G. SCHOFIELD**
                                                      **UNITED STATES DISTRICT JUDGE**